BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

BENJAMIN KINGSLEY (NYBN 4758389)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6937
    FAX: (415) 436-7234
    Benjamin.Kingsley@usdoj.gov

Attorneys for the United States

FILED
JUN 28 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN FOX,<br><br>    Defendant. | CASE NO: CR 16-00281 JD<br><br>UNITED STATES' MOTION TO SEAL INFORMATION AND SUMMONS AND [PROPOSED] ORDER |

The United States hereby moves the Court for an order sealing this Motion and Order, the Information, and the summons. Defendant is cooperating with the government and intends to surrender to custody at his arraignment. Until that time, defendant is concerned for his safety in the community should the Information be made public.

DATED: June 28, 2016

Respectfully Submitted,

BRIAN J. STRETCH
United States Attorney

/s/ Benjamin Kingsley
BENJAMIN KINGSLEY
Assistant United States Attorney

MOTION TO SEAL

**[PROPOSED] ORDER**

Based upon the foregoing request, the Court hereby **ORDERS** that this Motion and Order, the Information, and the summons for the defendant's appearance shall be filed and kept under seal by the clerk of the Court until further order of the Court. The Court hereby further **ORDERS** that any representative of the United States Attorney's Office or the Federal Bureau of Investigation shall be allowed to obtain a copy of the Information and summons for the defendant without further order of the Court, and are authorized to provide copies of these documents to counsel for the defendant.

DATED: June 28, 2016

_____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

MOTION TO SEAL