ROGERS JOSEPH O'DONNELL
Robert J. Breakstone (State Bar No. 68416)
rbreakstone@rjo.com
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendant
JOHN FOX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOHN FOX,<br><br>　　　　　Defendant. | Case No. 4:16-CR-00281-JD<br><br>**DEFENDANT JOHN FOX'S SENTENCING MEMORANDUM**<br><br>Sentencing Date: December 14, 2016<br>Time:　　　　　10:30 a.m.<br>Courtroom:　　11<br>Judge:　　　　Hon. James Donato |

Defendant, John Fox, through his counsel, Robert Breakstone, notes that all objections to the presentence report have been resolved and requests the Court to impose sentence as recommended by the parties and by the United States Probation Department in the Presentence Investigation Report.

Dated: November 28, 2016　　　　　ROGERS JOSEPH O'DONNELL

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Robert J. Breakstone*
　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT J. BREAKSTONE
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　JOHN FOX