# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN FOX,<br><br>Defendant. | CR-16-00281-JD<br><br>ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL |

The individual named above as defendant, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore;

IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above defendant, solely for the limited purpose of assessing eligibility for reduction of sentence and compassionate release under the First Step Act.

Gene Vorobyov
450 Taraval St., # 112
San Francisco, CA 94116
(415)425-2693
gene.law@gmail.com

_____
Appointing Judge: Hon. Judge Donato

May 18, 2020                                April 20, 2020
Date of Order                              Nunc Pro Tunc Date